AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
Robert Armstrong

*Defendant*

Case No. 26-MJ- 7083(EAP)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Robert Armstrong, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§ 1341 and 1344 - Mail fraud and bank fraud

Date: 10/30/2026

*Issuing officer's signature*

City and state: Camden, New Jersey

Elizabeth A. Pascal, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Robert Armstrong

Known aliases:

Last known residence: 67 Princess Court, Turnersville, New Jersey 08012

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 856-589-6567

Place of birth:

Date of birth: 10/01/1970

Social Security number: 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

Height:

Weight:

Sex: male

Race: white

Hair: brown

Eyes: brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 348071KA4, USM# 64949-050, PACTS#826641

Complete description of auto:

Investigative agency and address: U.S. Postal Inspection Service, Philadelphia Divison, Bellmawr Domicile

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: